[No. 5,817.—Department Two.]
February 5, 1881.

HENRY P. WAKELEE v. ERWIN DAVIS.

VACATION OF JUDGMENT—JURISDICTION.—An order vacating a judgment entered more than three years previously reversed on the authority of *Bell* v. *Thompson*, 19 Cal. 706, and other cases.

APPEAL from an order in the Fifteenth District Court of the City and County of San Francisco.

A petition for hearing in Bank was filed in this case after judgment, and denied.

*W. H. L. Barnes,* for Appellant.

*C. Dorsey,* for Respondent.

The COURT:

This is an appeal from an order made July 10, 1877, granting defendant's motion to the extent of vacating and setting aside a judgment against him, and allowing him to plead his final discharge in bankruptcy. The judgment was recorded November 18, 1873, and the notice of the motion was given April 12, 1877. On the authority of *Bell* v. *Thompson,* 19 Cal. 706; *Casement* v. *Ringgold,* 28 id. 335; *Sanchez* v. *Carriaga,* 31 id. 170, and *Murdock* v. *De Vries,* 37 id. 527, the order is reversed.